IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR506-006 |
| | : | |
| DERRICK ALAN MELTON, a/k/a<br> Derrick Antwon Melton,<br>CLIFFORD MARTIN<br>KING ISAAC BARBER<br>ERIC DEWAYNE BONEY<br>TETRINA LEE YOUNG | : | |
| Defendants. | : | |

## ORDER

The Court has been advised that all motions filed by King Isaac Barber have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___13th___ day of June, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)